# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                               Plaintiff,

      vs.

Michael Ramirez (01)

                            Defendant.

Case No. 16cr0260-AJB

**FILED**

MAR 24 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ TG _____ DEPUTY

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_    Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_    the Court has dismissed the case for unnecessary delay; or

 X   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or
\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_    the jury has returned its verdict, finding the defendant not guilty; or

\_\_    of the offense(s) as charged in the Information:

8:1324(a)(1)(A)(iii) and (v)(II) - Harboring Certain Aliens for Financial Gain and Aiding and Abetting (Felony)

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 3/24/2016

Hon. Anthony J. Battaglia
United States  District Judge